UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
PAULA E. MAYER, Debtor(s).

Case No.: 20-10329 SLM  
Chapter 7  
Judge: Stacey L. Meisal

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court  50 Walnut Street  Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on *March 10, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3A. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 110 Coon Den Road, Highland Lakes, NJ

Value of property: $92,000 (CMA date3d 06/28/2018)

Less about 10% costs of sale: $ 9,200

Liens on property: $173,055 (statement 12/01/2019)

Amount of equity claimed as exempt: $ 0

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman, LLC  
Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950  
Telephone:  973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-10329-SLM
Paula E. Mayer                                                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                     Page 1 of 2                      Date Rcvd: Feb 10, 2020
                               Form ID: pdf905                 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
```
db              +Paula E. Mayer,    110 Coon Den Road,     Highland Lakes, NJ 07422-2078
518653404        Ally Financial,    PO Box 3809014,    Bloomington, MN 55438
518653405       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518653406       +Deptartment Store National Bank / Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518653407       +Frank J. Mortone, Esq,     1455 Broad Street,    Bloomfield, NJ 07003-3068
518653408       +Highland Lakes Country Club Comm Assoc.,    2240 Lakeside Drive W,
                  Highland Lakes, NJ 07422-1857
518653409       +JPMCB Card,    Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
518653410       +Midland Credit Management,    320 East Big Beaver,     Troy, MI 48083-1271
518653411       +Midland Credit Management,    Attn Bankruptcy,    350 Camino De La Reine,    Suite 100,
                  San Diego, CA 92108-3007
518653412       +North Jersey Dermatology Center PC,    PO Box 29003,    Newark, NJ 07101-9003
518653414       +PNC Mortgage,    1801 E. 9th Street,    Suite 200,    Cleveland, OH 44114-3103
518653417        Premier Health Associates LLC,    532 Lafayette Rd Ste 300,    Sparta, NJ 07871-4411
518653418       +Richard Oller, Esq.,    35 Green Road,    Rockaway, NJ 07866-2057
518653419       +Suburban Morris Water Conditioning,    PO Box 647,    Maplewood, NJ 07040-0647
518653421       +United Collection Bureau,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 10 2020 23:55:23      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 10 2020 23:55:21      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 00:01:39
                  Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518653403       +E-mail/Text: ally@ebn.phinsolutions.com Feb 10 2020 23:53:35      Ally Finacial,
                  P.O Box 380901,    Minneapolis, MN 55438-0901
518653415        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 00:13:57
                  Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
518653416        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 00:13:23
                  Portfolio Recovery Associates, LLC,     120 Corporate Boulevard,    Suite 100,
                  Norfolk, VA 23541
518653413       +E-mail/Text: recovery@paypal.com Feb 10 2020 23:53:28      Paypal,    2211 North First Street,
                  San Jose, CA 95131-2021
518653420        E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 00:01:10      Synchrony Bank,    P.O. Box 105972,
                  Atlanta, GA 30348-5972
518654090       +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 00:01:09      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James C. Zimmermann     on behalf of Debtor Paula E. Mayer jim@jzlawyer.com,    office@jzlawyer.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 10, 2020
                               Form ID: pdf905          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Steven P. Kartzman    kartztee@optonline.net,
        jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 5