| **Information to identify the case:** | |
|---|---|
| Debtor 1: Paula E. Mayer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1471<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing):<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   20–10329–SLM | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paula E. Mayer

6/5/20                                                                             **By the court:** <u>Stacey L. Meisel</u>
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 20-10329-SLM
Paula E. Mayer                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Jun 05, 2020
                             Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db             +Paula E. Mayer,    110 Coon Den Road,    Highland Lakes, NJ 07422-2078
cr             +Highland Lakes Country Club and Community Associat,     P.O. Box 578,
                 Highland Lakes, NJ 07422-0578
518653404       Ally Financial,    PO Box 3809014,    Bloomington, MN 55438
518653407      +Frank J. Mortone, Esq,    1455 Broad Street,    Bloomfield, NJ 07003-3068
518653408      +Highland Lakes Country Club Comm Assoc.,     2240 Lakeside Drive W,
                 Highland Lakes, NJ 07422-1857
518653410      +Midland Credit Management,    320 East Big Beaver,    Troy, MI 48083-1271
518653411      +Midland Credit Management,    Attn Bankruptcy,    350 Camino De La Reine,    Suite 100,
                 San Diego, CA 92108-3007
518653412      +North Jersey Dermatology Center PC,    PO Box 29003,    Newark, NJ 07101-9003
518653414      +PNC Mortgage,    1801 E. 9th Street,   Suite 200,    Cleveland, OH 44114-3103
518653417       Premier Health Associates LLC,    532 Lafayette Rd Ste 300,    Sparta, NJ 07871-4411
518653418      +Richard Oller, Esq.,    35 Green Road,    Rockaway, NJ 07866-2057
518653419      +Suburban Morris Water Conditioning,    PO Box 647,    Maplewood, NJ 07040-0647
518653421      +United Collection Bureau,    5620 Southwyck Blvd,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:09:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:09:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jun 06 2020 06:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518653403      +EDI: GMACFS.COM Jun 06 2020 06:03:00      Ally Finacial,    P.O Box 380901,
                 Minneapolis, MN 55438-0901
518653406      +EDI: TSYS2.COM Jun 06 2020 06:03:00      Deptartment Store National Bank / Macy's,
                 Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
518653409       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      JPMCB Card,    Chase Card Services,   PO Box 15298,
                 Wilmington, DE 19850
518653405       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
518653415       EDI: PRA.COM Jun 06 2020 06:03:00      Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502
518653416       EDI: PRA.COM Jun 06 2020 06:03:00      Portfolio Recovery Associates, LLC,
                 120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23541
518653413      +E-mail/Text: recovery@paypal.com Jun 06 2020 03:06:50      Paypal,    2211 North First Street,
                 San Jose, CA 95131-2021
518653420       EDI: RMSC.COM Jun 06 2020 06:08:00      Synchrony Bank,    P.O. Box 105972,
                 Atlanta, GA 30348-5972
518654090      +EDI: RMSC.COM Jun 06 2020 06:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin               Page 2 of 2                   Date Rcvd: Jun 05, 2020
                               Form ID: 318              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        James C. Zimmermann   on behalf of Debtor Paula E. Mayer jim@jzlawyer.com,   office@jzlawyer.com
        Jonathan Kohn   on behalf of Creditor   Highland Lakes Country Club and Community Association
         lawyers@rrkklaw.com,   lawyers@rrkklaw.com
        Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
        Steven P. Kartzman   kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                    TOTAL: 6